```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
STRIKE 3 HOLDINGS, LLC,               :     23cv578 (DLC)
                                      :
                    Plaintiff,        :     ORDER
                                      :
          -v-                         :
                                      :
JOHN DOE subscriber assigned IP       :
address 74.71.119.208,                :
                                      :
                    Defendant.        :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

On March 22, 2023, the Court received a letter from defendant, the subscriber assigned IP address 74.71.119.208 ("Respondent"), requesting to proceed anonymously in this litigation and evincing a desire to quash the Rule 45 subpoena issued upon Respondent pursuant to the Court's Order of February 13, 2023. Accordingly, it is hereby

ORDERED that the Respondent's motion to proceed anonymously is granted. Respondent's letter of March 22 has been docketed under seal at ECF No. 9.

IT IS FURTHER ORDERED that, by **April 28, 2023,** Respondent or Respondent's counsel must file any motion to quash the subpoena on the docket. Any motion to quash can be filed with Respondent's identifying information redacted. See Southern District of New York ECF Rules and Instructions § 6.

IT IS FURTHER ORDERED that, if Respondent elects to proceed without representation, all communications with the Court should be through the Court's Pro Se Office. The Pro Se Office is located in Room 230 of the United States Courthouse, 500 Pearl Street, New York, N.Y. 10007, and may be reached at 212-805-0175.

IT IS FURTHER ORDERED that Spectrum may not turn over Respondent's identifying information to Strike 3 Holdings, LLC until the Court issues an Order instructing Spectrum to so.

IT IS FURTHER ORDERED that Spectrum shall preserve any subpoenaed information pending the resolution of any timely-filed motion to quash.

IT IS FURTHER ORDERED that if the Respondent fails to file a motion to quash by April 28, 2023, Spectrum will be ordered to comply with the Rule 45 subpoena and turn over Respondent's identifying information.

IT IS FURTHER ORDERED that Strike 3 Holdings, LLC shall serve a copy of this Order on Spectrum.

A copy of this Order will be emailed by Chambers to Respondent at the email address contained in Respondent's March 22, 2023, letter.

Dated:   New York, New York
         March 23, 2023

_____
DENISE COTE
United States District Judge

2