```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
STRIKE 3 HOLDINGS, LLC,                  :    23cv578 (DLC)
                                         :
                      Plaintiff,         :    ORDER
                                         :
              -v-                        :
                                         :
JOHN DOE subscriber assigned IP          :
address 74.71.119.208,                   :
                                         :
                      Defendant.         :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On March 24, 2023, the Court received an email from defendant, the subscriber assigned IP address 74.71.119.208 ("Respondent"), inquiring how to file a motion on the docket. The inquiry is being filed under seal, at ECF No. 11, to protect the identify of Respondent. It is hereby

ORDERED that all future communications from Respondent must be either in a mailed submission through the Pro Se Office, as described below, or submitted on the docket by an attorney who has entered an appearance on behalf of Respondent in this action.

IT IS FURTHER ORDERED that, in the event the Respondent proceeds pro se, the Respondent must mail or email any communications with the Court to the Pro Se Intake Unit. Instructions for email communication with the Pro Se Intake Unit

may be found at

https://www.nysd.uscourts.gov/sites/default/files/2021-04/2021-04-21-Email-Instructions-pro-se-filings-final.pdf.

Communications may also be mailed to the Pro Se Intake Unit at 40 Foley Square, Room 105, New York, New York, 10007. The telephone number for the Pro Se Intake Unit is 212-805-0175. A pro se party may not send any document or filing directly to Chambers. Submissions requiring immediate attention should be hand-delivered to the Pro Se Intake Unit. Unless the Court orders otherwise, all communications with the Court will be docketed upon receipt; such docketing shall constitute service on any user of the ECF system.

IT IS FURTHER ORDERED that if the Respondent proceeds pro se, the Respondent may consider contacting the legal clinic (the "Clinic") opened in this District to assist people who are parties in civil cases and do not have lawyers. The Clinic is run by a private organization called the New York Legal Assistance Group ("NYLAG"); it is not part of, or run by, the Court (and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any pro se party through the Pro Se Intake Unit). To receive limited-scope assistance from the clinic, parties may complete the clinic's intake form on their computer or phone at: https://tinyurl.com/NYLAG-ProSe-OI. If the parties have

questions regarding the form or they are unable to complete it, they may leave a voicemail at (212) 659-5190. The Clinic is open on weekdays from 10 a.m. to 4 p.m., except on days when the Court is closed. A copy of a flyer with details of the clinic is attached to this order.

A copy of this Order will be mailed by Chambers to Respondent at the address contained in Respondent's March 22, 2023, letter.

Dated:   New York, New York
         March 24, 2023

                                   _____
                                          DENISE COTE
                                   United States District Judge



Since 1990, NYLAG has provided free civil legal services to New Yorkers who cannot afford private attorneys.

# Free Legal Assistance for Self-Represented Civil Litigants in Federal District Court for the Southern District Of New York

> The NYLAG Legal Clinic for Pro Se Litigants in the Southern District of New York is a free legal clinic staffed by attorneys, law students and paralegals to assist those who are representing themselves or planning to represent themselves in civil lawsuits in the Southern District of New York. The clinic does not provide full representation. The clinic, which is not part of or run by the court, assists litigants with federal civil cases including cases involving civil rights, employment discrimination, labor law, social security benefits, foreclosure and tax.

## To Contact the Clinic:

Call (212) 659-6190 or complete our online intake form (found here: https://tinyurl.com/NYLAG-ProSe-OI). A staff member will contact you within a few business days.

Those looking for assistance can also contact the clinic at the kiosk located across the hall from the pro se clinic office in the courthouse.

**At this time, the clinic offers remote consultations only. Requests for in-person appointments will be reviewed on a case-to-case basis.**

## Location and Hours:

Thurgood Marshall United States Courthouse

>   Room LL22
>   40 Foley Square
>   New York, NY 10007
>   (212) 659 6190
>
>   Open weekdays
>   10 a.m. – 4 p.m.
>   Closed on federal and court holidays

Disclaimer: The information contained herein is for informational purposes only and is not legal advice or a substitute for legal counsel, nor does it constitute advertising or a solicitation.

a beneficiary of
UJA Federation
*of New York*