```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
STRIKE 3 HOLDINGS, LLC,                   :    23cv578 (DLC)
                                          :
                        Plaintiff,        :    ORDER
                                          :
            -v-                           :
                                          :
JOHN DOE subscriber assigned IP           :
address 74.71.119.208,                    :
                                          :
                        Defendant.        :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

On April 24, 2023, the defendant, the subscriber assigned IP address 74.71.119.208, filed a motion to quash the Rule 45 subpoena issued upon Spectrum -- the defendant's internet service provider -- pursuant to the Court's Order of February 13, 2023. The subpoena seeks to ascertain the identity of the defendant.

The defendant is proceeding pro se, and an Order of March 23, 2023, granted defendant's letter motion to proceed anonymously. The Court mailed defendant a copy of a March 24 Order to the mailing address contained in defendant's March 22 letter, and twice the mail was returned as undeliverable.

Accordingly, it is hereby

ORDERED that any opposition to the defendant's April 24 motion to quash the subpoena is due **May 19, 2023.**

IT IS FURTHER ORDERED that any reply from the defendant is due **June 2, 2023.**

IT IS FURTHER ORDERED that, by **May 5, 2023,** should the defendant continue to proceed without representation, the defendant must provide an updated mailing address to the Court's Pro Se Office. The Pro Se Office is located in Room 230 of the United States Courthouse, 500 Pearl Street, New York, N.Y. 10007, and may be reached at 212-805-0175.

IT IS FURTHER ORDERED that the defendant's failure to update his/her contact information by May 5 will result in a denial of the defendant's April 24 motion to quash. Accordingly, Spectrum will be ordered to comply with the Rule 45 subpoena and turn over defendant's identifying information.

IT IS FURTHER ORDERED that all of the defendant's communications with the Court should continue to be through the Court's Pro Se Office. Any email communications from the defendant to the Chambers email inbox shall be ignored.

A copy of this Order will be emailed by Chambers to the defendant at the email address contained in defendant's March 22, 2023, letter. All further communications with the defendant shall be through mail sent to the address the defendant must provide to the Pro Se Office by May 5, 2023.

Dated:  New York, New York
        April 27, 2023

                              _____
                                       DENISE COTE
                              United States District Judge