To: Honourable Judge Denise Cote

Regarding:
Strike 3 Holdings, LLC v. John Doe, 23 Civ. 578 (DLC)
Case 1:23-cv-00578-DLC (John Doe assigned IP address 74.71.119.208)


**Updated contact details**


Honourable Judge,

Please find below my updated contact details, as per Court's order of April 27, 2023:


E-mail: arvo.anton@mfa.ee;

Alternate e-mail: arvo.anton@gmail.com

Cell: 917 849 9652

Postal address: 200 east 94th street, apartment 2610, New York 10128.


Yours cordially,

Arvo Anton
Defendant