```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
STRIKE 3 HOLDINGS, LLC,                  :    23cv578 (DLC)
                                         :
                    Plaintiff,           :    ORDER
                                         :
          -v-                            :
                                         :
JOHN DOE subscriber assigned IP          :
address 74.71.119.208,                   :
                                         :
                    Defendant.           :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On May 10, 2023, the plaintiff filed a response to the defendant's April 24 motion. Any reply from the defendant is due **June 2, 2023**. Accordingly, it is hereby

ORDERED that the Clerk of Court shall mail a copy of the plaintiff's May 10 response and this Order to the defendant and note service on the docket. The defendant's address was provided, under seal, in defendant's letter dated April 28, 2023. The defendant's name and identifying information shall remain anonymous pursuant to the Court's Order of March 23.

Dated:    New York, New York
          May 11, 2023

                                      _____
                                              DENISE COTE
                                       United States District Judge