```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
STRIKE 3 HOLDINGS, LLC,                   :       23cv578 (DLC)
                                          :
                      Plaintiff,          :       ORDER
                                          :
            -v-                           :
                                          :
JOHN DOE subscriber assigned IP           :
address 74.71.119.208,                    :
                                          :
                      Defendant.          :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

Defendant John Doe, proceeding pro se, has been granted permission to proceed anonymously in this action. On April 24, 2023, Doe filed a motion to quash the Rule 45 subpoena served upon Doe's internet service provider, which seeks to ascertain Doe's identity. On May 10, the plaintiff filed its opposition. An Order of May 11 instructed the Clerk of Court to mail Doe a copy of the plaintiff's May 10 opposition and the May 11 Order to the address on file for the defendant.

On May 19, the defendant filed a letter stating: "the plaintiff's May 10 response to defendant's April 24 motion has still not reached me, not by mail, not by e-mail." Doe's letter of May 10 has been docketed under seal at ECF No. 22. Accordingly, the Court directed the Pro Se Office to call Doe, confirm Doe's mailing address, and inform Doe that copies of the

May 10 and May 11 papers are available for pick-up at the courthouse. The Pro Se Office having confirmed that the defendant's mailing address on file is correct, and the defendant having been informed that any reply brief is due June 2, it is hereby

ORDERED that copies of this Order, the May 11 Order, and the plaintiff's May 10 opposition shall be made available for pick-up by Doe at the Court's Pro Se Office. The Pro Se Office is located in Room 230 of the United States Courthouse, 500 Pearl Street, New York, N.Y. 10007, and may be reached at 212-805-0175.

IT IS FURTHER ORDERED that if, by **June 2, 2023**, defendant fails to file a reply brief or a request for extension of time, the reply shall be considered waived and the motion to quash shall be considered fully submitted. Any letter or reply can be filed with Doe's identifying information redacted. See Southern District of New York ECF Rules and Instructions § 6.

Dated:   New York, New York
         May 24, 2023

                                    _____
                                            DENISE COTE
                                    United States District Judge