UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                    :

STRIKE 3 HOLDINGS, LLC,            :          23cv578 (DLC)
                                      :

                   Plaintiff,    :            ORDER
                                      :

            -v-                      :

JOHN DOE subscriber assigned IP   :
address 74.71.119.208,             :

                   Defendant.    :
                                      :
------------------------------------ X

DENISE COTE, District Judge:

     On April 24, 2023, Defendant John Doe filed a motion to quash the Rule 45 subpoena served upon Doe's internet service provider, which seeks to ascertain Doe's identity.  On May 10, the plaintiff filed its opposition.  Doe's reply was due June 2; Doe did not file any reply.  Accordingly, it is hereby

     ORDERED that the motion shall be considered fully submitted as of May 10.

Dated:    New York, New York
         June 6, 2023

                                       _____
                                           DENISE COTE
                         United States District Judge