```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
STRIKE 3 HOLDINGS, LLC,                :    23cv578 (DLC)
                                      :
                Plaintiff,             :    ORDER
                                      :
        -v-                            :
                                      :
JOHN DOE subscriber assigned IP        :
address 74.71.119.208,                 :
                                      :
                Defendant.             :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

John Doe subscriber assigned IP address 74.71.119.208 having brought a motion to quash the court-authorized subpoena in this matter, the plaintiff having consented to the entry of a protective order, and for good cause shown, it is hereby

ORDERED that the plaintiff shall not disclose the ISP's subpoena response to third parties absent express permission from the Court.

IT IS FURTHER ORDERED that any party identified as the defendant in this matter is permitted to defend this claim under a pseudonym, subject to a further Order by the Court.

IT IS FURTHER ORDERED that the plaintiff shall file any documents identifying any party identified as the defendant in this matter under seal, with an appropriately redacted copy of any such document filed on the public docket.

Dated:   New York, New York
         July 5, 2023

                                    _____
                                         DENISE COTE
                                    United States District Judge