UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
STRIKE 3 HOLDINGS, LLC,                  :    23cv578 (DLC)
                                         :
                    Plaintiff,           :    ORDER
                                         :
          -v-                            :
                                         :
JOHN DOE subscriber assigned IP          :
address 74.71.119.208,                   :
                                         :
                    Defendant.           :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

    For the reasons stated in the Court's Memorandum Opinion and Order of July 5, 2023, it is hereby

    ORDERED that, by July 21, 2023, Spectrum shall produce to the plaintiff the information responsive to the Rule 45 subpoena issued in this action.

Dated:    New York, New York
            July 5, 2023

                                        _____
                                            DENISE COTE
                                    United States District Judge